THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN
ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 
 
 

v.

 
 
 
 Chavis Jordan, Appellant.
 
 
 

Appeal From Chesterfield County
John M. Milling, Circuit Court Judge

Unpublished Opinion No. 2008-UP-235
 Submitted April 1, 2008  Filed April 15,
 2008

APPEAL DISMISSED

 
 
 
 Chief Attorney Joseph L. Savitz, III, South Carolina Commission,
 of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, and Assistant Deputy Attorney General Salley W.
 Elliott, all of Columbia; and Solicitor Jay E. Hodge, Jr., of Cheraw, for
 Respondent.
 
 
 

PER CURIAM: 
 Chavis Jordan pled guilty to one count of voluntary manslaughter
 and one count of assault and battery with intent to kill.  On appeal, Jordan argues his plea was conditional and therefore invalid under South Carolina law because his
 counsel improperly advised him his plea was appealable.  In addition to his Anders brief, Jordan filed a separate pro se response brief raising
 three additional issues.  Two of those issues were not preserved for appellate
 review, and the third issue should be reviewed in a petition for
 post-conviction relief.  After a thorough review of the record, counsels brief
 pursuant to Anders v. California, 386 U.S. 738 (1967), and State v.
 Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), and Jordans pro se brief, we dismiss[1] Jordans appeal and grant counsels motion to be relieved.  
APPEAL DISMISSED.
HEARN,
 C.J., and PIEPER, J., and GOOLSBY, A.J., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.